IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Township of Bristol | : | **CASES CONSOLIDATED** |
| | : | |
| v. | : | No. 658 C.D. 2017 |
| | : | |
| 1 Enterprises, LLC, | : | |
| Appellant | : | |
| | | |
| Township of Bristol, | : | |
| Appellant | : | |
| | : | |
| v. | : | No. 727 C.D. 2017 |
| | : | |
| 1 Enterprises, LLC | : | |

# **O R D E R**

NOW, February 23, 2018, having considered designated appellee 1 Enterprises, LLC's application for reconsideration/reargument, the application is denied.

MARY HANNAH LEAVITT,
President Judge